1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  HERNAN OROZCO,                    )  CASE NO. CV 13-216-JLS (PJW)
                                      )
11                  Petitioner,       )
                                      )  ORDER ACCEPTING FINAL REPORT AND
12           v.                       )  RECOMMENDATION OF UNITED STATES
                                      )  MAGISTRATE JUDGE AND DENYING
13  AUDREY KING, EXECUTIVE DIRECTOR,  )  CERTIFICATE OF APPEALABILITY
                                      )
14                  Respondent.       )
                                      )
15  ——————————————————————————————————

16       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17  Petition, records on file, and the Final Report and Recommendation of

18  the United States Magistrate Judge.  Further, the Court has engaged in

19  a *de novo* review of those portions of the Report to which Petitioner

20  has objected.  The Court accepts the findings and recommendation of

21  the Magistrate Judge.

22       Further, for the reasons stated in the Final Report and

23  Recommendation, the Court finds that Petitioner has not made a

24  substantial showing of the denial of a constitutional right and

25  therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

26

27

28

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2  322, 336 (2003).

3

4  DATED: December 1, 2013.

5

6                                JOSEPHINE L. STATON

7                                JOSEPHINE L. STATON
                                 UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\Temp\notesE1EF34\Order accep r&r.wpd