UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN OROZCO,<br><br>         Petitioner,<br><br>         v.<br><br>AUDREY KING, EXECUTIVE DIRECTOR,<br><br>         Respondent. | CASE NO. CV 13-216-JLS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: December 1, 2013.

_JOSEPHINE L. STATON_
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd